**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Oethan Scott Jr.                                CHAPTER 13

                    Debtor(s)                          BKY. NO. 20-10474 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 and index same on the master mailing list.

                          Respectfully submitted,
                          **/s/ Rebecca A. Solarz Esquire**
                          Rebecca A Solarz, Esquire
                          Kevin G. McDonald, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322