UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Oethan Scott, Jr.<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-10474-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of June, 2020, by first class mail upon those listed below:

Oethan Scott, Jr.
354 E. Elm Street
Conshohocken, PA  19428-1909

**Electronically via CM/ECF System Only:**

DANIEL MUDRICK, ESQ.
325 Sentry Pkwy E
Bldg 5
Blue Bell, PA  19422-2312

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee