## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Oethan Scott Jr. | |
| Debtor(s) | CHAPTER 13 |
| | |
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its successors and/or assigns | |
| Movant | |
| vs. | NO. 20-10474 AMC |
| | |
| Oethan Scott Jr. | |
| Debtor(s) | |
| | |
| Scott Waterman | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, which was filed with the Court on or about **April 20, 2020, docket number 17**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

August 21, 2020