# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      OETHAN SCOTT, JR      :      CHAPTER 13
                                  :      NO. 20-10474AMC

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1. Debtor's Application for Approval of Counsel Fees was filed of record with this Court on July 28, 2020;

2. Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on July 28, 2020; and

3. As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Application.


Dated:      8/24/2020                    /s/ Daniel P. Mudrick
                                         Daniel P. Mudrick, Esquire
                                         Attorney for Debtor
                                         325 Sentry Parkway
                                         Building 5W, Suite 320
                                         Blue Bell, PA 19422
                                         (610) 832-0100