# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    OETHAN SCOTT, JR.    :    CHAPTER 13
                               :    NO. 20-10474AMC

## ORDER

AND NOW, this       day of             , 2020, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $3,500.00 charged to the Debtors be approved and that $2,810.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

**Date: September 17, 2020**

ASHELY M. CHAN
United States Bankruptcy Judge