```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                    Case No. 20-10474-amc
Oethan Scott, Jr.                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW           Page 1 of 1         Date Rcvd: Sep 16, 2020
                          Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db         Oethan Scott, Jr.,    354 E. Elm Street,    Conshohocken, PA  19428-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
         DANIEL P. MUDRICK    on behalf of Debtor Oethan  Scott, Jr. dpmudrick@verizon.net,
         G30229@notify.cincompass.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Oethan Scott, Jr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−10474−amc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 16,2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

40
Form 155