IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | ) |
| OETHAN SCOTT, JR. | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| HYUNDAI LEASE TITLING TRUST | ) Case No.: 20-10474 (AMC) |
| **Moving Party** | ) |
| | ) |
| v. | ) **Hearing Date: 12-16-20 at 11:00 AM** |
| | ) |
| OETHAN SCOTT, JR. | ) 11 U.S.C. 362 |
| **Respondent(s)** | ) |
| | ) |
| SCOTT F. WATERMAN | ) |
| **Trustee** | ) |
| | ) |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Lease Titling Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2018 Kia Sorento** bearing vehicle identification number 5XYPGDA34JG386556 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: December 16, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE