*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Oethan Scott, Jr.
    Debtor(s)

Case No: 20−10474−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE AS TO DATE AND TIME*** Motion for Relief from Stay re property address 354 E Elm Street, Conshohocken, PA 19428. Fee Amount $188.00, Filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015−1 Represented by ANGELA CATHERINE PATTISON (Counsel).

on: 4/14/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/25/21

Timothy B. McGrath
Clerk of Court

54 − 52
Form 167