UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Oethan Scott, Jr.**<br>Debtors | CHAPTER 13<br><br>CASE NO.: **20-10474-amc** |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

**Date: May 4, 2021**

_____
Ashely M. Chan, USBJ
United States Bankruptcy Judge

Case Administrator to mail:

Cc:   Scott F. Waterman, Chapter 13 Trustee
      Debtor: 354 E. Elm Street, Conshohocken, PA 19428
      Counsel for Debtor: Daniel P. Mudrick, Esquire,
      Counsel for Movant: Angela C. Pattison, Esquire

{08848392; 1}