Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 20-10474-AMC

Oethan Scott, Jr.  
354 E. Elm Street  
Conshohocken  PA     19428-1909

Petition Filed Date: 01/27/2020  
341 Hearing Date: 03/13/2020  
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/24/2020 | $382.00 | 19083334148 | 05/06/2020 | $382.00 | 17911045654 | 05/26/2020 | $382.00 | 17911045923 |
| 06/18/2020 | $382.00 | 172631393 | 07/21/2020 | $382.00 | 17911112673 | 09/01/2020 | $382.00 | 1726319628 |
| 10/05/2020 | $382.00 | 17910940454 | 11/17/2020 | $382.00 | 19090635411 | 12/11/2020 | $382.00 | 19090687465 |
| 03/04/2021 | $750.00 | 4944314 | 04/26/2021 | $750.00 | 4944235 | 04/28/2021 | $750.00 | 4943944 |
| 05/21/2021 | $750.00 | 4944163 | | | | | | |

**Total Receipts for the Period: $6,438.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,438.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Oethan Scott, Jr. | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $412.27 | $0.00 | $412.27 |
| 2 | HYUNDAI LEASE TITLING TRUST<br>»»  002 | Unsecured Creditors | $265.38 | $0.00 | $265.38 |
| 3 | HYUNDAI LEASE TITLING TRUST<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | HYUNDAI LEASE TITLING TRUST<br>»»  004 | Unsecured Creditors | $474.59 | $0.00 | $474.59 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $512.23 | $0.00 | $512.23 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $474.71 | $0.00 | $474.71 |
| 7 | PINNACLE CREDIT SERVICES LLC<br>»»  007 | Unsecured Creditors | $1,165.60 | $0.00 | $1,165.60 |
| 8 | FAY SERVICING LLC<br>»»  008 | Mortgage Arrears | $49,523.46 | $3,091.05 | $46,432.41 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  009 | Unsecured Creditors | $1,230.65 | $0.00 | $1,230.65 |
| 0 | DANIEL P MUDRICK ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |

**Chapter 13 Case No. 20-10474-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,438.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $5,901.05 | Arrearages: | $1,142.16 |
| Paid to Trustee: | $536.95 | Total Plan Base: | $58,148.40 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.