*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Oethan Scott, Jr.
    Debtor(s)

Case No: 20–10474–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015–1

on: 3/2/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/31/22

Timothy B. McGrath
Clerk of Court

67 – 66
Form 167