United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10474-amc |
| Oethan Scott, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 31, 2022 | Form ID: 167 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Oethan Scott, Jr., 354 E. Elm Street, Conshohocken, PA 19428-1909 |
| 14563359 | + | Hyundai Lease Titling Trust, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14461773 | | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14461775 | + | WILMINGTON TRUST, 1100 N Market St, Wilmington, DE 19801-1281 |
| 14487332 | + | Wilmington Trust, National Association, c/o Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, Illinois 60605-1000 |
| 14463837 | + | Wilmington Trust, National Association, not in its, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14461769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:33 | CAPITAL ONE BANK USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14461770 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2022 23:51:30 | CREDIT ONE BANK, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14462919 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2022 23:51:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14562894 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2022 23:46:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14465398 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2022 23:46:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14473202 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 23:51:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14489928 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 23:46:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14461774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:51:36 | PORTFOLIO RECOVERY, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14473111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:51:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14472165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:51:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14473203 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 23:51:31 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14461768 | | 20-10474 |
| cr | *+ | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14465399 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14465401 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14461771 | ##+ | FAY SERVICING LLC, 3000 KELLWAY Dr Ste 150, Carrollton, TX 75006-3357 |
| 14461772 | ## | INTERSTATE CREDIT AND COLLECTION, INC., 21 W Fornance St Ste 200, Norristown, PA 19401-3300 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

**Name**        **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com

DANIEL P. MUDRICK
on behalf of Debtor Oethan Scott Jr. dpmudrick@verizon.net, G30229@notify.cincompass.com

REBECCA ANN SOLARZ
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Oethan Scott, Jr.
    Debtor(s)

Case No: 20−10474−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015−1

    on: 3/2/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 1/31/22

For The Court

Timothy B. McGrath
Clerk of Court