# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Oethan Scott, Jr.**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10474-amc<br><br>RELATED DOCUMENT: 65 |

## PRAECIPE TO WITHDRAW CERTIFICATION

A Certification of Default for Relief from the Automatic Stay Provisions of 11 U.S.C. § 362(a) to Permit Movant to Commence or Continue Foreclosure Proceedings on 354 E Elm Street, Conshohocken, PA 19428, having been filed in this action by Wilmington Trust, National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Certification of Default Of Stipulation Resolving the Motion for Relief without prejudice. Opposing Counsel advised that he consents to withdraw via an email received on April 25, 2022.

HILL WALLACK, LLP

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated: April 25, 2022

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Oethan Scott, Jr.**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 20-10474-amc<br><br>RELATED DOCUMENT: 65 |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Certification of Default in the manner indicated below:

**Oethan Scott, Jr.**
354 E. Elm Street
Conshohocken, PA 19428
Debtor
Via Regular Mail

**Scott F. Waterman, Esq.**
2901 St. Lawrence Ave, Suite 100
Reading, PA 19105
Chapter 13 Trustee
Via ECF

**Daniel P. Mudrick, Esquire**
325 Sentry Parkway East
Building 5 West – Suite 320
Blue Bell, PA 19422
Philadelphia, PA 19102
Debtor's Counsel
Via ECF

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
U.S. Trustee
Via ECF

Respectfully submitted,

*/s/Angela C. Pattison, Esquire*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
Dated: 4/25/2022    1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Email: apattison@hillwallack.com