United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Oethan Scott, Jr.  
    Debtor

Case No. 20-10474-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Oethan Scott, Jr., 354 E. Elm Street, Conshohocken, PA 19428-1909 |
| 14563359 | + | Hyundai Lease Titling Trust, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14461773 | | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14461775 | + | WILMINGTON TRUST, 1100 N Market St, Wilmington, DE 19801-1281 |
| 14487332 | + | Wilmington Trust, National Association, c/o Fay Servicing, 425 S. Financial Place, 20th Floor, Chicago, Illinois 60605-1000 |
| 14463837 | + | Wilmington Trust, National Association, not in its, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14461769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 23:50:08 | CAPITAL ONE BANK USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14461770 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2022 23:49:44 | CREDIT ONE BANK, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14462919 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2022 23:49:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461771 | | Email/Text: ECF@fayservicing.com | Aug 04 2022 23:48:00 | FAY SERVICING LLC, 3000 KELLWAY Dr Ste 150, Carrollton, TX 75006 |
| 14562894 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 04 2022 23:49:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14465398 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 04 2022 23:49:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14473202 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 23:49:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14489928 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 23:48:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14461774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:50:09 | PORTFOLIO RECOVERY, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14473111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:49:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| 14472165 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | Aug 04 2022 23:49:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14473203 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 04 2022 23:49:57 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14461768 | | 20-10474 |
| cr | *+ | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14465399 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14465401 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14461772 | ## | INTERSTATE CREDIT AND COLLECTION, INC., 21 W Fornance St Ste 200, Norristown, PA 19401-3300 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

**Name** | **Email Address**

ANGELA CATHERINE PATTISON
  on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com

DANIEL P. MUDRICK
  on behalf of Debtor Oethan Scott Jr. dpmudrick@verizon.net, G30229@notify.cincompass.com

REBECCA ANN SOLARZ
  on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com   mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Oethan Scott, Jr.

          Debtor

Chapter 13

Bankruptcy No. 20-10474-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 4, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE