Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10474-AMC**

Oethan Scott, Jr.
354 E. Elm Street
Conshohocken  PA    19428-1909

Petition Filed Date: 01/27/2020
341 Hearing Date: 03/13/2020
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $750.00 | 4944235 | 04/28/2021 | $750.00 | 4943944 | 05/21/2021 | $750.00 | 4944163 |
| 07/07/2021 | $750.00 | 615083624 | 09/23/2021 | $750.00 | 27581631906 | 09/23/2021 | $250.00 | 19268487714 |
| 09/23/2021 | $500.00 | 19268487713 | 11/24/2021 | $2,642.71 | 5015193 | 12/10/2021 | $750.00 | 615428910 |
| 01/03/2022 | $750.00 | 5011395 | 03/01/2022 | $500.00 | 19266711138 | 03/01/2022 | $250.00 | 19266711139 |
| 05/10/2022 | $500.00 | 19268487907 | 05/10/2022 | $250.00 | 19268487908 | | | |

**Total Receipts for the Period: $10,142.71   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $14,330.71**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Oethan Scott, Jr. | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $412.27 | $0.00 | $412.27 |
| 2 | HYUNDAI LEASE TITLING TRUST »» 002 | Unsecured Creditors | $265.38 | $0.00 | $265.38 |
| 3 | HYUNDAI LEASE TITLING TRUST »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | HYUNDAI LEASE TITLING TRUST »» 004 | Unsecured Creditors | $474.59 | $0.00 | $474.59 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $512.23 | $0.00 | $512.23 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $474.71 | $0.00 | $474.71 |
| 7 | PINNACLE CREDIT SERVICES LLC »» 007 | Unsecured Creditors | $1,165.60 | $0.00 | $1,165.60 |
| 8 | FAY SERVICING LLC »» 008 | Mortgage Arrears | $49,523.46 | $10,307.34 | $39,216.12 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $1,230.65 | $0.00 | $1,230.65 |
| 0 | DANIEL P MUDRICK ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |

**Chapter 13 Case No. 20-10474-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,330.71 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $13,117.34 | Arrearages: | $5,249.45 |
| Paid to Trustee: | $1,213.37 | Total Plan Base: | $58,148.40 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.